UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLAH© (f.k.a. EDWIN RANDAL COSTON),<br><br>          Petitioner,<br><br>vs.<br><br>JOHN MCGRATH,<br><br>          Respondent. | No. 13-CV-00355-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING HABEAS ACTION |

On November 27, 2013, Magistrate Judge Rodgers recommended Petitioner Allah©'s Petition be dismissed as he had failed to pay the applicable $5.00 filing fee or to provide an *in forma pauperis* application with the certificate portion completed by the institution of incarceration. *See* Rules 3(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; 28 U.S.C. § 1914(a). The deadline for filing Objections was December 11, 2013.

On December 13, 2013, the Court received correspondence apparently from inmate Robert L. Barksdale at the Spokane County Jail. The envelope, however, contained a document from Petitioner Allah© dated December 4, 2013 and titled, "Notice to so-called Magistrate Judge John T. Rodgers Report and Recommendation," ECF No. 8, along with an incomplete application to proceed *in forma pauperis*. ECF No. 9. In his "Notice," Petitioner reiterates abusive name-calling against Judicial

ORDER ADOPTING REPORT AND RECOMMENDATION . . . 1

Officers of this Court, and continues to object to the use of the name Edwin R. Coston, to hold him in custody.

For the reasons set forth above, and in the Report and Recommendation **IT IS ORDERED** the Report and Recommendation is **ADOPTED** in its entirety and this action is **DISMISSED without prejudice** for failure to comply with applicable filing fee provisions.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward copies to Petitioner at his last known address, and close the file.  The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** this   16th   day of December, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
SENIOR . S.  DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION . . . 2