AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| ALLAH© (f.k.a. EDWIN RANDAL COSTON), | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  13-CV-00355-JTR |
| | ) | |
| | ) | |
| JOHN MCGRATH, | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   this action is DISMISSED without prejudice for failure to comply with applicable filing fee provisions.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

❒  decided by Judge _____ on a motion for

Date:  December 16, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia